JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORSIE MAE STEVENS, | ) Case No. EDCV 13-0650-DTB |
| Plaintiff, | ) |
| vs. | ) **J U D G M E N T** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

In accordance with the Order Affirming Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: June 20, 2014

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1